UNITED STATES DISTRICT COURT
SOUTHEASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ARISTA RECORDS, LLC, )
et al., )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　)
　　　vs. ) No. 1:06-CV-116 (CEJ)
　　　　　　　　　　　　　　　　　　)
SHERNET SHOWERS, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

### ORDER

The complaint in this action was filed on August 21, 2006. The record shows that service was achieved on defendant on December 13, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., defendant was required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because defendant has failed to do so,

**IT IS HEREBY ORDERED** that plaintiffs shall, within thirty (30) days of the date of this order, file appropriate motions for entry of default and for default judgment against defendant Shernet Showers, supported by all necessary affidavits and documentation.

**Failure to comply with this order may result in the dismissal of this action without prejudice.**

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2007.