UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

ARISTA RECORDS, et al.,          )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )     No. 1:06-CV-116 (CEJ)
                                 )
SHERNET SHOWERS,                 )
                                 )
          Defendant.             )

**PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED** that plaintiffs' motion for a permanent
injunction is **granted.**

**IT IS FURTHER ORDERED** that defendant Shernet Showers, the
defendant's agents, servants, employees and representatives, and
all others acting in concert with defendant are hereby enjoined and
restrained from directly infringing plaintiffs' rights in the
following copyrighted sound recordings:

1.  "ATLiens," on album *Atliens*, by artist Outkast (SR # 233-296).

2.  "Just a Baby Boy," on album *2000 Watts*, by artist Tyrese
    (SR # 293-345);

3.  "Express Yourself," on album *Straight Outta Compton*, by
    artist NWA (SR # 150-531);

4.  "No Remorse," on album *Adrenaline Rush*, by artist Twista
    (SR # 238-303);

5.  "Miami," on album *Big Willie Style*, by artist Will Smith
    (SR # 249-123);

6.  "Emotion," on album *Survivor*, by artist Destiny's Child
    (SR # 289-199);

7.  "Slippin'," on album *Flesh of My Flesh, Blood of My
    Blood*, by artist DMX (SR # 188-987);

8. "Got Ur Self A," on album *Stillmatic*, by artist Nas (SR # 305-698);

9. "April Showers," on album *Dru Hill*, by artist Dru Hill (SR # 227-760);

10. "Sexual Healing," on album *Midnight Love*, by artist Marvin Gaye (SR # 41-568);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2007.